**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02608-REB-KMT

RONDA KAY DRAKE,

     Plaintiff,
v.

NO NAMED RESPONDENT,

     Defendant.

# FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the **Order Adopting Recommendation of the United States Magistrate Judge** [#15] of Judge Robert E. Blackburn entered on October 7, 2015 it is

ORDERED that this case is dismissed.

Dated at Denver, Colorado this 7th day of October, 2015.

                                FOR THE COURT:
                                JEFFREY P. COLWELL, CLERK

                   By:  s/  K. Finney

                                K. Finney
                                Deputy Clerk